United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HENEY SHIHAD,

          Plaintiff,

    v.

WILD PLANET FOODS, INC.,

          Defendant.

Case No.  16-cv-01478-BLF

**ORDER GRANTING AS MODIFIED BY THE COURT FOURTH STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS AND MODIFYING DATE OF CASE MANAGEMENT CONFERENCE IN THE RELATED CASES**

The Court GRANTS the parties' stipulation to set the deadline for Plaintiffs to amend the Complaints as September 16, 2016 and extend the time for Defendant to respond to the Complaints in the Related Cases to September 30, 2016 (i.e. fourteen days after September 16). ECF 34.

The Court is unavailable on October 20, 2016 and accordingly, modifies the parties' stipulation and SETS a case management conference for December 8, 2016 at 11:00 a.m.  The parties shall file a joint case management statement on or before December 1, 2016.

    **IT IS SO ORDERED.**

Dated: August 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge